# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **JEFF SWIECICKI**, | Case No. 5:21-cv-00584 |
| Plaintiff, | **Judge Benita Y. Pearson** |
| v. | **Magistrate Judge Kathleen Burke** |
| **CAINE & WEINER COMPANY, INC.** d/b/a **CAINE & WEINER, INC.** | |
| Defendant(s) | |

## NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANT CAINE & WEINER COMPANY, INC.

Plaintiff Jeff Swiecicki, through Counsel, hereby dismisses its Complaint against Defendant Caine & Weiner Company, Inc. *without prejudice* pursuant to Civ. R. 41(a)(1)(A)(i).

    Respectfully Submitted,

    */s/Marc E. Dann*
    Marc E. Dann (0039425)
    Brian D Flick (0081605)
    DANN LAW
    P.O. Box 6031040
    Cleveland, OH 44103
    Telephone: (216) 373-0539
    Facsimile: (216) 373-0536
    notices@dannlaw.com
    *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on April 7, 2021 I electronically filed this Notice of Voluntary Dismissal with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel of record. I additional served the following party on April 7, 2021 via certified mail, postage prepaid:

    Caine & Weiner Company, Inc.
    c/o Greg A. Cohen, Registered Agent

5805 Sepulveda Boulevard Fl 4
Sherman Oaks, CA 91411-2532

        <u>/s/Brian D. Flick, Esq.</u>
        Marc E. Dann (0039425)
        Brian D. Flick (0081605)
        DannLaw
        *Co-counsel for Plaintiff and the Putative Class*