Approved.
/s/ *Benita Y. Pearson* on 4/7/2021
United States District Judge

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **JEFF SWIECICKI**, <br><br> Plaintiff, <br><br> v. <br><br> **CAINE & WEINER COMPANY, INC. d/b/a CAINE & WEINER, INC.** <br><br> Defendant(s) | Case No. 5:21-cv-00584 <br><br> **Judge Benita Y. Pearson** <br><br> **Magistrate Judge Kathleen Burke** |

## NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANT CAINE & WEINER COMPANY, INC.

Plaintiff Jeff Swiecicki, through Counsel, hereby dismisses its Complaint against

Defendant Caine & Weiner Company, Inc. *without prejudice* pursuant to Civ. R. 41(a)(1)(A)(i).

Respectfully Submitted,

*/s/Marc E. Dann*
Marc E. Dann (0039425)
Brian D Flick (0081605)
DANN LAW
P.O. Box 6031040
Cleveland, OH 44103
Telephone: (216) 373-0539
Facsimile: (216) 373-0536
notices@dannlaw.com
*Attorneys for Plaintiff*